**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TICKETMATRIX LLC, | |
| *Plaintiff,* | C.A. NO. 3:25-cv-00284-L-BN |
| v. | Patent Case |
| KANSAS CITY CHIEFS FOOTBALL CLUB, INC. | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Kansas City Chiefs Football Club, Inc. ("Defendant") hereby files this unopposed motion for an extension of time to respond to the complaint and respectfully shows the following:

Plaintiff TicketMatrix LLC ("Plaintiff") filed its Complaint for Patent Infringement on February 5, 2025 (Dkt. No. 1, "Complaint"), and served Defendant on March 5, 2025. Defendant's response to the Complaint is due March 26, 2025. Defendant requests a 60-day extension to respond to the Complaint on or before May 26, 2025. Plaintiff does not oppose this motion.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to respond to the Complaint to May 26, 2025.

Dated:  March 19, 2025                    Respectfully submitted,

*/s/ Hilary L. Preston*
Hilary L. Preston
Texas State Bar No. 24062946
VINSON & ELKINS L.L.P.
200 West 6th Street, Suite 2500
Austin, TX  78701
Telephone: (512) 542-8400
Facsimile:  (512) 542-8612
Email:  hpreston@velaw.com

**ATTORNEY FOR DEFENDANT**
**KANSAS CITY CHIEFS FOOTBALL CLUB, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules, Defendant's counsel conferred with Plaintiff's counsel via email on March 19, 2025.  Plaintiff does not oppose this motion.

*/s/ Hilary L. Preston*
Hilary L. Preston

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on March 19, 2025, via the Court's CM/ECF System.

*/s/ Hilary L. Preston*
Hilary L. Preston