IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TICKETMATRIX LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-284-L-BN |
| | § | |
| KANSAS CITY CHIEFS | § | |
| FOOTBALL CLUB, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Having reviewed Defendant Kansas City Chiefs Football Club, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint, and for good cause thereon, the Court GRANTS the motion [Dkt. No. 13].

And, so, Defendant Kansas City Chiefs Football Club, Inc. shall have until **May 27, 2025** to answer, move, or otherwise respond to Plaintiff TicketMatrix LLC's Complaint.

SO ORDERED.

DATED: March 19, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE